AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA **District of** NEW JERSEY

Plaintiff (s),

V.

THOMAS LEE

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:25-mj-11265-AME-7

Notice is hereby given that, subject to approval by the court, THOMAS LEE (Party (s) Name) substitutes TERRELL A. RATLIFF (Name of New Attorney), State Bar No. 312549 as counsel of record in place of ALYSSA A. CIMINO (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Ratliff Jackson LLP

Address: 811 Church Rd., Ste 105, Cherry Hill, NJ 082

Telephone: (856) 209-3111 Facsimile (908) 543-3534

E-Mail (Optional): terrell@ratliffjackson.com

I consent to the above substitution.

Date: 2/2/2025

(Signature of Party (s))

I consent to being substituted.

Date: 02 / 04 / 2026

ALYSSA A. CIMINO

s/Alyssa A. Cimino

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 02 / 04 / 2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Dropbox Sign Audit trail

| | |
|---|---|
| **Title** | SOA TLee02022025.pdf |
| **File name** | SOA%20TLee02022025.pdf |
| **Document ID** | 4cf0d003835dc54eded9e5727d7de03aa823f0f4 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **02 / 04 / 2026**<br>16:11:20 UTC | Sent for signature to ALYSSA A. CIMINO (acimino@aciminolaw.com) and Terrell Ratliff (terrell@ratliffjackson.com) by services@clio.com acting on behalf of kshank@ratliffjackson.com<br>IP: 35.145.78.137 |
| VIEWED | **02 / 04 / 2026**<br>16:12:18 UTC | Viewed by ALYSSA A. CIMINO (acimino@aciminolaw.com)<br>IP: 108.53.142.96 |
| SIGNED | **02 / 04 / 2026**<br>16:14:26 UTC | Signed by ALYSSA A. CIMINO (acimino@aciminolaw.com)<br>IP: 108.53.142.96 |
| VIEWED | **02 / 04 / 2026**<br>19:55:50 UTC | Viewed by Terrell Ratliff (terrell@ratliffjackson.com)<br>IP: 73.194.31.26 |
| SIGNED | **02 / 04 / 2026**<br>19:56:03 UTC | Signed by Terrell Ratliff (terrell@ratliffjackson.com)<br>IP: 73.194.31.26 |
| | **02 / 04 / 2026**<br>19:56:03 UTC | The document has been completed. |

Dropbox Sign — Audit trail

| | |
|---|---|
| **Title** | SOA TLee02022025.pdf |
| **File name** | SOA%20TLee02022025.pdf |
| **Document ID** | 4cf0d003835dc54eded9e5727d7de03aa823f0f4 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

Document History
COMPLETED