

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, Suite 700*          *(973) 645-2743*
*Newark, New Jersey 07102*

June 29, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:    Antigone Owens-Krefski, Deputy Clerk

Re:          *United States v. Andrew Hooper*
             *United States v. John Gerard Ebert*
             *United States v. Joseph Graves-Carmichael*
             *United States v. Patricia Kearse*
             *United States v. Thomas Lee*
             *United States v. Dwayne Reddon*
             *United States v. Shabazz Rouzard*
             *United States v. Clarence Semmon*
             *United States v. Raymond Wade*

Dear Ms. Owens-Krefski:

Enclosed for assignment are nine separate criminal Informations charging each of the above-listed defendants with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349. The charges in these Informations all arose from the same events and conspiracy.

Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered

- 2 -

related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

ROBERT FRAZER
United States Attorney

By:    Chief, Criminal Division
Elaine K. Lou

Encls.

- 2 -